United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROY ANTHONY BROWN, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 3:20-cv-281 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED MEMORANDUM AND RECOMMENDATION

On October 2, 2023, all pretrial matters in this Social Security disability appeal were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed an amended memorandum and recommendation on March 4, 2024, recommending this matter be remanded to the Commissioner. Dkt. 27.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record.

Accordingly:

(1) Judge Edison's amended memorandum and recommendation (Dkt. 27) is approved and adopted in its entirety as the holding of the court; and

(2) This matter is remanded to the Commissioner for further proceedings.

Signed on Galveston Island this 25th day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE